THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Laurie Walling, Appellant.
 
 
 

Appeal From Orangeburg County
 James C. Williams, Jr., Circuit Court Judge
Unpublished Opinion No. 2008-UP-404
Submitted July 1, 2008  Filed July 17, 2008
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; Solicitor David Michael Pascoe, Jr., of Orangeburg,
 for Respondent.
 
 
 

PER CURIAM: Laurie
 Walling appeals his guilty plea for armed robbery and sentence of twenty-two
 years.  He argues his guilty plea failed to comply with the mandates set forth
 in Boykin v. Alabama, 395 U.S. 238 (1969).  After
 a thorough review of the record and counsels brief, pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to be
 relieved.[1]
APPEAL
 DISMISSED.
HEARN,
 C.J., CURETON and GOOLSBY, A.J.J., concur.  

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.